No. 97–2034. WATTS v. CALDERA, SECRETARY OF THE ARMY, ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮

No. 97–2035. CAROLYN PROPERTIES I ET AL. v. MITSUI TRUST & BANKING CO., LTD., ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮

No. 97–2036. ANDRESEN v. MINKOFF CO., INC. Ct. App. Md. Certiorari denied. ▮▮▮▮▮

No. 97–2037. HOEFLER ET AL. v. BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮

No. 97–2039. HAVIGHURST ET AL. v. FIRST NATIONAL BANK OF SOUTHWESTERN OHIO, EXECUTOR OF THE ESTATE OF HAVIGHURST, ET AL. Ct. App. Ohio, Butler County. Certiorari denied. ▮▮▮▮▮

No. 97–2040. GRINNELL CORP. v. ROAD SPRINKLER FITTERS LOCAL UNION No. 669 ET AL. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮

No. 97–2041. ASCARRUNZ v. BECHTEL POWER CORP. C. A. 9th Cir. Certiorari denied.

No. 97–2042. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮

No. 97–2043. JOHNSON v. JOHNSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–2046. SUPERVALU INC. ET AL. v. DISCOUNT FOODS, INC. Sup. Ct. Ala. Certiorari denied. ▮▮▮▮▮

No. 97–2047. SELINGER v. SCHLAGE LOCK CO. ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–2049. CONDOR INSURANCE CO. v. ERIKSEN. Ct. App. Cal., 2d App. Dist. Certiorari denied.